¶ 34. The majority bases its opinion on this Court's prior decision in St. Dominic-Jackson Mem'l Hosp. v. Miss. State Dep'tof Health, 728 So.2d 81 (Miss. 1998). Because I believe that case was wrongly decided, I also believe it would be in error for this Court to dispose of the instant case by relying on its prior opinion in St. Dominic-Jackson. Therefore, I respectfully dissent.
 ¶ 35. The dissents of Justices Roberts and Banks in St.Dominic-Jackson more accurately reflect the deference an administrative body such as the Mississippi State Department of Health (MSDH) should be given regarding its decision to grant or deny a Certificate of Need (CON). Id. at 93-104 (Roberts, J., dissenting), 104 (Banks, J., dissenting to denial of rehearings). Justice Roberts' admonition that "the MSDH's definition andapplication of that respective definition to this case should not be disturbed as it does not appear arbitrary and capricious even though it may not comply with its generally accepted definition" is apropos not only to St. Dominic-Jackson but also the instant case Id. at 98 (Roberts, J., dissenting) (emphasis added). Today the majority, just as in St. Dominic-Jackson, strips the Department of Health of its legislatively granted power to define "relocation." The majority also inhibits the Department's ability to evaluate St. Dominic's application for a certificate of need according to its own criteria, specifically the "Criteria and Standards for Construction, Renovation, Expansion, Capital Improvements, Replacement of Health Care Facilities and Addition of Hospital Beds (relocation)," by mandating that this proposed hospital relocation be evaluated as a "new" hospital. *Page 831 
As Justice Roberts stated in St. Dominic-Jackson, "[i]t is not for this Court to substitute its opinion for the opinion of the Board [MSDH] where the Board [MSDH] has reached its decision on conflicting evidence and where its conclusions are supported by substantial evidence." Id. at 97 (Roberts, J., dissenting) (quoting Ohio Oil Co. v. Porter, 225 Miss. 55, 60,82 So.2d 636, 638 (1955)). I would defer to the Health Department's decision to grant St. Dominic's application for a Certificate of Need, reverse the chancellor's judgment and reinstate the Department's decision.
 ¶ 36. For these reasons, I respectfully dissent.